## M. M. Gordon and P. Gordon, Appellees, v. Victor C. Breytspraak, Appellant.

**Gen. No. 43,398.**

582

opinion filed· April 11, 1946; rehearing denied May 15, 1946; released for publication May 16, 1946. G. A. Bosomburg, for appellant; Rudnick & Wolfe and Sylvanus George Lee, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.